IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDGAR LEE WARREN,

        Plaintiff,                         No. CIV S-08-3066 DAD P

vs.

ED FOUIK, et al.,

        Defendants.               ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

/////

1  In this case, none of the defendants reside in this district.  Moreover, plaintiff's
2  claim arose in Napa County, which is located in the Northern District of California.  Therefore,
3  plaintiff's complaint should have been filed in the United States District Court for the Northern
4  District of California.  In the interest of justice, a federal court may transfer a complaint filed in
5  the wrong district to the correct district.  <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d
6  918, 932 (D.C. Cir. 1974).
7  Accordingly, IT IS HEREBY ORDERED that:
8  1.  This court has not ruled on plaintiff's request to proceed in forma pauperis; and
9  2.  This matter is transferred to the United States District Court for the Northern
10 District of California.
11 DATED: December 30, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

15 DAD:md
warr3066.21