UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EDGAR LEE WARREN,

    Plaintiff,

v.

ED FOUIK et al,

    Defendant.

Case Number: CV08-05794 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 7, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edgar Lee Warren Q-5-6
Napa State Hospital
2100 Napa-Vallejo Highway
Napa, CA 94558-6293

Dated: October 7, 2009

Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk