UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR LEE WARREN, | No. C 08-5794 MHP (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| ED FOULK, Executive Director, Napa State Hospital; et al., | |
| Defendants. | |

Edgar Lee Warren filed a pro se civil rights complaint under 42 U.S.C. § 1983 while he was at Napa State Hospital. The court dismissed the complaint with leave to amend because it failed to state a claim upon which relief could be granted against any defendant. The court explained the deficiencies in the complaint, ordered Warren to file an amended complaint no later than November 6, 2009, and warned that the failure to file the amended complaint by the deadline would result in the dismissal of the action. Warren failed to file an amended complaint and the deadline by which to do so has passed. Mail sent to him was returned as undelivered. This action is dismissed for failure to state a claim upon which relief may be granted against a defendant. The clerk shall close the file.

IT IS SO ORDERED.

Dated: March 16, 2010

_____
Marilyn Hall Patel
United States District Judge