UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR LEE WARREN, | No. C 08-5794 MHP (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ED FOULK, Executive Director, Napa State Hospital; et al., | |
| Defendants. | |

This action is dismissed for failure to state a claim upon which relief may be granted against a defendant.

IT IS SO ORDERED AND ADJUDGED.

Dated: March 16, 2010

_____
Marilyn Hall Patel
United States District Judge